### H. L. MORALES V. THE STATE.

10129.   Delivered April 21, 1926.

**Theft of Horse—No Statement of Facts—No Bill of Exception.**

This record is before us without a statement of facts or bill of exception, and no fundamental error appearing the judgment is affirmed.

Appeal from the District Court of Atascosa County. Tried below before the Hon. Covey C. Thomas, Judge.

Appeal from a conviction for theft of a horse, penalty two years in the penitentiary.

No brief for appellant.

*Sam. D. Stinson,* State's Attorney, and *Robert M. Lyles,* Assistant State's Attorney, for the State.

HAWKINS, JUDGE.—Conviction is for theft of a horse, punishment is two years in the penitentiary.

The record comes before us without statement of facts or bills of exception. The objections to the charge can not be appraised in the absence of the facts, and likewise the relevancy or otherwise of the refused special charges cannot be determined.

The judgment is affirmed.

*Affirmed.*